NUMBER 13-01-706-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


SUN BELT REGIONAL MEDICAL CENTER 

D/B/A COLUMBIA EAST HOUSTON MEDICAL CENTER , Appellant,

v.


CATHERINE SUE PIERCE , Appellee.

____________________________________________________________________


On appeal from the 128th District Court

of Orange County, Texas.

____________________________________________________________________


O P I N I O N


Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam


Appellant, SUN BELT REGIONAL MEDICAL CENTER D/B/A COLUMBIA EAST HOUSTON MEDICAL CENTER ,
attempted to perfect an appeal from a notice of nonsuit filed in the 128th District Court of Orange County, Texas, in cause
number A980246-C . The clerk's record was received on September 28, 2001 . 

Upon review of the clerk's record, it appeared that no appealable order had been entered in this cause. Pursuant to Tex. R.
App. P. 42.3, notice of this defect was given so that steps could be taken to correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal
would be dismissed for want of jurisdiction. To date, appellant has failed to respond to his Court's notice. Appellee has
filed a motion to dismiss the appeal. 

The Court, having considered the documents on file, appellant's failure to respond to this Court's notice, and appellee's
motion to dismiss the appeal, is of the opinion that the appeal should be dismissed for want of jurisdiction. Appellee's
motion to dismiss the appeal is granted. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 13th day of December, 2001 .